UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LOUISIANA MUNICIPAL POLICE EMPLOYEES RETIREMENT SYSTEM, et al., | Case No.: 11 Civ. 6231 (WHP) |
| Plaintiffs, | [PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL WITHOUT PREJUDICE |
| -against- | |
| JAMES DIMON, et al., | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/11

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed without prejudice as to all Defendants and without need to provide notice of such dismissal to JPMorgan Chase & Co. shareholders.

Dated: October 19, 2011

_____
Honorable William H. Pauley, III
United States District Judge

Submitted by:

POMERANTZ HAUDEK
  GROSSMAN & GROSS LLP
Marc I. Gross
Jeremy A. Lieberman
Fei-Lu Qian
100 Park Avenue, 26th Floor
New York, New York 10017-5516
Telephone: (212) 661-1100
Facsimile:  (212) 661-8665
migross@pomlaw.com
jalieberman@pomlaw.com
flqian@pomlaw.com

*Counsel for Plaintiffs*

POMERANTZ HAUDEK
  GROSSMAN & GROSS LLP
Patrick V. Dahlstrom
One North LaSalle Street, Suite 2225
Chicago, Illinois 60602
Telephone: (312) 377-1181
Facsimile:  (312) 377-1184
pdahlstrom@pomlaw.com

*Counsel for Plaintiffs*